BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EARSHELL HAYES,<br>LEON CURRIE FIELDS, JR., AND<br>DAVID WILLIAM DIXON,<br><br>Defendants. | CASE NO. 2:15-CR-00118-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 12, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for status on February 12, 2016.

2.  By this stipulation, defendants now move to continue the status conference until March 25, 2016, and to exclude time between February 12, 2016, and March 25, 2016, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes investigative reports and telephone records. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for defendants desire additional time to consult with their clients to review the current charges, to conduct investigation and research related to the charges, to review the discovery for this matter, and to discuss potential resolutions with his/her client.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 12, 2016 to March 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  February 9, 2016        BENJAMIN B. WAGNER
                   United States Attorney

                   /s/ PAUL A. HEMESATH
                   PAUL A. HEMESATH
                   Assistant United States Attorney

Dated:  February 9, 2016        /s/ KELLY BABINEAU
                   KELLY BABINEAU
                   Counsel for Defendant
                   EARSHELL HAYES

| | |
|---|---|
| Dated:  February 9, 2016 | /s/ PHILIP COZENS<br>PHILIP COZENS<br>Counsel for Defendant<br>LEON CURRIE FIELDS, JR. |
| Dated:  February 9, 2016 | /s/ GREGORY W. FOSTER<br>GREGORY W. FOSTER<br>Counsel for Defendant<br>DAVID WILLIAM DIXON |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  February 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge