**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:       (916) 395-4423
Email:     greglaw@jps.net

Attorney for David Dixon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      vs.<br><br>EARSHELL HAYES,<br>LEON CURRIE FIELDS, JR., AND<br>DAVID WILLIAM DIXON,<br><br>                              Defendant(s). | Case No.:      2:15-CR-00118-GEB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE; FINDING OF<br>EXCLUDABLE TIME**<br><br>DATE:  March 25, 2016<br>TIME:  9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |

## STIPULATION

1. By previous order, this matter was set for status on March 25, 2016.

2. By this stipulation, defendants now move to continue the status conference until April 22, 2016, and to exclude time between March 25, 2016, and April 22, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

      a)  The government has represented that the discovery associated with this case includes investigative reports and telephone records. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)  Counsel for defendants desire additional time to consult with their clients to review the current charges, to conduct investigation and research related to the charges, to review the discovery for this matter, and to discuss potential resolutions with his/her client.   Further,

1

counsel for the government is in the process of formulating potential plea offers for these remaining defendants.

c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 25, 2016 to April 22, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 23, 2016                              BENJAMIN B. WAGNER
                                                  United States Attorney

                                                   /s/ Paul Hemesath
                                                  PAUL HEMESATH
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff United States

DATED: March 23, 2016

                                                   /s/ Gregory W. Foster
                                                  GREGORY W. FOSTER
                                                  Attorney for Defendant David Dixon

2

Stipulation and Order Continuing Status
*U.S. v. Dixon et al.*

DATED: March 23, 2016

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Defendant Earshell Hayes

DATED: March 23, 2016

/s/ Philip Cozens
PHILIP COZENS
Attorney for Defendant Leon Currie Fields

**ORDER**

IT IS SO ORDERED.

Dated:  March 23, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

3

Stipulation and Order Continuing Status
*U.S. v. Dixon et al.*