1   Philip Cozens, State Bar Number 84051
2   Attorney at Law
3   1007 Seventh Street, Suite 500
4   Sacramento, CA  95814
5
6   Telephone: (916) 443-1504
7   Fax: (916) 443-1511
8   Email: pcozens@aol.com
9
10  Attorney for Defendant Leon Fields
11
12
13
14              IN THE UNITED STATES DISTRICT COURT
15
16          FOR THE EASTERN DISTRICT OF CALIFORNIA
17
18  UNITED STATES OF AMERICA,        )     Case No. 2:15-CR-0118 GEB
19                                   )
20          Plaintiff,               )     STIPULATION FOR CONTINUANCE
21                                   )     OF STATUS CONFERENCE AND
22                                   )     PROPOSED ORDER
23          v.                       )
24                                   )
25  LEON FIELDS, et al.              )
26                                   )
27          Defendants.              )
28  _____)
29

30      It is stipulated between the United States Attorney's Office for the Eastern District of

31  California by Assistant United States Attorney Paul Hemesath , Esq. and Defendant Earshell

32  Hayes through his attorney Kelly Babineau; Defendant David William Dixon through his

33  attorney Gregory Foster; and Defendant Leon Fields through his attorney Philip Cozens, Esq.,

34  that:

35      The Status Conference currently scheduled for July 29, 2016 at 9:00 a.m. in Judge

36  Burrell's Court be re-scheduled for August 26, 2016 at 9:00 a.m. in Judge Burrell's Court.  The

37  stipulated continuance is necessary because Defendant Leon Fields's attorney requires

38  additional time to review the discovery in this matter and confer with Defendant.

1    Time should be excluded for defense attorney preparation pursuant to Local Code T4

2  and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

3  Time should be excluded from speedy trial calculations from July 29, 2016 through and

4  including August 26, 2016.

5    It is so stipulated.

6  Dated: July 28, 2016                    /s/ Paul Hemesath, Esq.

7                                           Paul Hemesath, Esq.

8                                           Assistant United States Attorney

9                                           Eastern District of California

10

11                                          /s/ Kelly Babineau

12                                          Kelly Babineau, Esq.

13                                          Attorney for Defendant

14                                          Earshell Hayes

15

16                                          /s/ Gregory Foster

17                                          Gregory Foster

18                                          Attorney for Defendant

19                                          David William Dixon

20

21                                          /s/ Philip Cozens

22                                          Philip Cozens

23                                          Attorney for Defendant Leon Fields

24                                    **ORDER**

25    The court, having read and considered the above-stipulation and finding good

26  cause therefore, orders that the Status Conference currently scheduled for July 29, 2016  at 9:00

27  a.m. in Judge Burrell's Court be re-scheduled for August 26, 2016 at 9:00 a.m. in Judge

28  Burrell's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4

STIPULATION RE STATUS CONFERENCE AND PROPOSED ORDER                    Page 2

1   and the court finds the ends of justice outweigh the Defendant's and the  public's interest in a

2   speedy trial.  Time will be excluded from speedy trial calculations from July 29, 2016 through

3   and including August 26, 2016.

4

5   Dated:  July 28, 2016

6

7

8                                                            _____
                                                             GARLAND E. BURRELL, JR.
                                                             Senior United States District Judge