KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Ste 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for EARSHELL HAYES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 15-CR-00118GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) [PROPOSED] ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| EARSHELL HAYES, | ) |
| LEON CURRIE FIELDS, JR., and | ) Date: 11-4-2016 |
| DAVID WILIAM DIXON, | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. Garland E. Burrell |
| _____ | ) |

Plaintiff United States of America, by and through its counsel of record, and defendants EARSHELL HAYES, LEON FIELDS, and DAVID DIXON, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status October 28, 2016.

2. By this stipulation, defendant now moves to continue the status conference until November 4, 2016, and to exclude time between October 28, 2016 and November 4, 2016, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

-1-

    a.    The government has provided initial discovery.

    b.    Counsel for defendants desire additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolution with their clients.  It is expected that counsel will be able to determine if the case will resolve or should be set for trial by the next court date.

    c.    Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 28, 2016 to November 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 27, 2016				Respectfully submitted,

						/s/ Kelly Babineau
						KELLY BABINEAU
						Attorney for Earshell Hayes

						/s/ Philip Cozens
						PHILIP COZENS
						Attorney for Leon Fields

						/s/ Gregory Foster
						GREGORY FOSTER
						Attorney for David Dixon

Dated: October 27, 2016				/s/ Paul Hemesath
						PAUL HEMESATH
						Assistant U.S. Attorney

## O R D E R

    IT IS SO FOUND AND ORDERED.

Dated:  October 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge